# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **MATTHEW GEIB,** | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| | ) | **CV 08-641** |
| v. | ) | |
| | ) | |
| | ) | |
| **HUNTER WARFIELD, INC.,** | ) | |
| | ) | |
| | ) | |
| **DEFENDANT.** | ) | |

## JOINT STIPULATION OF DISMISSAL

COME NOW the Parties and notify this court that a settlement has been reached in this matter, and the Parties jointly stipulate to a dismissal of all claims by all parties, with prejudice.

Respectfully submitted this 2nd day of April, 2009.

/s/ Michael W. Lindsey
Michael W. Lindsey
W. Whitney Seals
Attorneys for Plaintiff


/s/ Jay Tidwell
Jay Tidwell
Attorney for Defendant